**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **TEGEGN TESHOME,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-3524-E-BK** |
| | § | |
| **DALLAS AREA RAPID TRANSIT,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The United States District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court (ECF No. 5).

Accordingly, it is **ORDERED** that Plaintiff's complaint (ECF No. 1) is **DISMISSED without prejudice** for lack of subject matter jurisdiction.  Plaintiff's motion to stay (ECF No. 7) is **DENIED** as moot.

**SO ORDERED** this **April 29, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE